**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GEORGE CORNELL, et al., ) | CASE NO. 1:06CV526 |
| Plaintiff(s), ) | |
| v. ) | |
| CITY OF CLEVELAND, et al., ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                                s/Christopher A. Boyko
                                                HONORABLE CHRISTOPHER A. BOYKO
                                                UNITED STATES DISTRICT JUDGE

May 4, 2007